IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01317-BNB

OLOYEA D. WALLIN,

    Plaintiff,

v.

RODNEY ACHEN,
MASCARENAS,
BELL,
T. STENZEL,
R. BASTIDOS,
DAVE ALLEN,
JAMES ABBOT, Warden of CTCF,
MASSEY,
HENRY WILLIAMS,
TOOMEY,
BENEVIDEZ,
FAZZINO,
MARY ANN ALDRICH,
TOFOYA,
CARLAND, JANTZ,
LOPEZ-MARTINEZ,
LOPEZ,
JOHN AND JANE DOE OF CDOC, and
ARISTEDES ZAVARES, Executive Director of CDOC,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

---

Plaintiff, Oloyea D. Wallin, is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Cheyenne Mountain Re-Entry Center in

Colorado Springs, Colorado. On May 28, 2010, Mr. Wallin, acting *pro se*, submitted to

the Court a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.

Magistrate Judge Craig B. Shaffer reviewed the Complaint and entered an order on June 29, 2010, directing Mr. Wallin to file an Amended Complaint in keeping with Fed. R. Civ. P. 8 and *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158 (10th Cir. 2007). Mr. Wallin further was instructed to assert personal participation by each named defendant. On July 28, 2010, Mr. Wallin filed an Amended Complaint. Magistrate Judge Boyd N. Boland reviewed Mr. Wallin's Amended Complaint and again instructed him to file a Second Amended Complaint in keeping with Rule 8 and *Nasious* and to assert personal participation. On September 1, 2010, Mr. Wallin filed a Second Amended Complaint.

In the Second Amended Complaint, Mr. Wallin asserts multiple claims under nine separate sections under Section "D. Cause of Action." In total, Mr. Wallin has asserted twenty claims. The claims are repetitive as are his requests for relief and fail to comply with Rule 8.

The Court finds that Mr. Wallin asserts the following four claims: (1) he was terminated from his job in prison food services without just cause and placed on RP status; (2) RP status is unconstitutionally applied under Administrative Regulation 600-05; (3) he was subjected to punishment outside of the sanctions prescribed by the hearing officer in his disciplinary proceeding; and (4) he was subjected to eight separate cell searches in which his property was confiscated without justification. Mr. Wallin is instructed to amend his Complaint, with respect to each of the four claims identified above, and state which of his constitutional rights were violated, who violated those rights, when those rights were violated, and how he was harmed by the individuals' actions in each of the four claims. All of the information regarding a specific claim

should be stated under only one heading for that claim and all supporting information should be included under the heading for the particular claim. Again, Mr. Wallin is reminded that his claims are to be presented in a short and concise format.

Finally, the Court notes that Mr. Wallin is an experienced *pro se* litigant. He has filed at least nineteen cases in this Court over the last seven years and is aware of the Federal Rules of Civil Procedure, including Rule 8(d)(1), which requires that a litigant set forth each allegation in a simple, concise, and direct format. The Court also notes that Mr. Wallin now is subject to filing restrictions under 28 U.S.C. § 1915(g) in any future case that he may file in this Court. *See Wallin v. F. Dycus, et al.*, No. 03-cv-00174-CMA-MJW (D. Colo. Aug. 13, 2009), *aff'd*, No. 09-1407 (10th Cir. June 3, 2010) (Mr. Wallin now has three strikes under the Prison Litigation Reform Act and is subject to § 1915(g) filing bar). Mr. Wallin is warned that if he fails to comply with the Court's instructions in this Order he may be subject to filing restrictions beyond the § 1915(g) restrictions. Accordingly it is

ORDERED that Mr. Wallin file **within thirty days from the date of this Order** a Third Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Wallin, together with a copy of this Order, two copies of the Prisoner Complaint form to use in filing his Third Amended Complaint. It is

FURTHER ORDERED that if Mr. Wallin fails to comply with this Order within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that all pending motions, including Document Nos. 7 and 11, are denied as moot.

DATED September 7, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01317-BNB

Oloyea D. Wallin
Prisoner No. 111389
CMRC
2925 East Las Vegas Street
Colorado Springs, CO 80906

 

 

I hereby certify that I have mailed a copy of the ORDER and two copies of the
**Prisoner Complaint** to the above-named individuals on 9/7/10

GREGORY C. LANGHAM, CLERK

By_____
Deputy Clerk