FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01317-LTB

OLOYEA D. WALLIN,

    Plaintiff,

v.

RODNEY ACHEN,
MASCARENAS,
BELL,
T. STENZEL,
R. BASTIDOS,
DAVE ALLEN,
JAMES ABBOT, Warden of CTCF,
MASSEY,
HENRY WILLIAMS,
TOOMEY,
BENEVIDEZ,
FAZZINO,
MARY ANN ALDRICH,
TOFOYA,
CARLAND,
JANTZ,
LOPEZ-MARTINEZ,
LOPEZ,
JOHN AND JANE DOE OF CDOC, and
ARISTEDES ZAVARES, Executive Director of CDOC,

    Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION

On April 7, 2011, Plaintiff (Oloyea Wallin) submitted a "Motion for Postjudgment Relief pursuant to Fed. R. 60" and a Motion to Amend Complaint. The Court must construe the Motions liberally because Mr. Wallin is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the following reasons, the Court will deny the Motions.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion for reconsideration filed more than twenty-eight days after the final judgment in an action should be considered pursuant to Rule 60(b). *See Id.* (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)). Mr. Wallin's Motion was filed more than twenty-eight days after the Court's Order of Dismissal was entered on January 5, 2011. Therefore, the Motion is construed as a Motion for Reconsideration filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

This is Mr. Wallin's third attempt to file a motion for reconsideration in this case. The first two motions were construed as filed pursuant to Fed. R. Civ. P. 59(e) and were denied. Mr. Wallin also was given an extension of time to file a notice of appeal on March 15, 2011, which he has failed to do within the time allowed.

Upon consideration of the Rule 60(b) Motion for Reconsideration and the entire file, the Court finds that Mr. Wallin fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. This Court has given a thorough consideration of Mr. Wallin's claims and determined that the claims either were legally frivolous or barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The Court also properly declined to exercise supplemental jurisdiction over any remaining state law claims. Furthermore, to the extent Mr. Wallin is attempting to assert new claims in

his proposed "fourth" amended complaint that he has submitted with the Rule 60(b) Motion, a motion to reconsider is not a new opportunity to advance arguments that could have been raised previously. *See Servants of the Paraclete v. Does*, 204 F.3d 10015, 1012 (10th Cir. 2000). Therefore, the Court finds that Mr. Wallin has failed to assert any extraordinary circumstances that would merit relief under Rule 60(b). Accordingly, it is

ORDERED that the Motion for Postjudgment Relief Pursuant to Fed. R. 60, Doc. No. 35, filed on April 7, 2011, is construed as a Motion for Reconsideration filed pursuant to Fed. R. Civ. P. 60(b) and is denied. It is

FURTHER ORDERED that the Motion to Amend Complaint, Doc. No. 36, filed on April 7, 2011, is denied as moot.

DATED at Denver, Colorado, this __12th__ day of __April__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01317-LTB

Oloyea D. Wallin
Prisoner No. 111389
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk